Vía ECF

Judge Kenneth Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: USA vs Miguel Arsenio Plaza Suarez 7:19 Cr. 00772 (KMK)

Honorable Judge Karas:

This letter is in reference to the above captioned individual. I am requesting with the Consent of the Government that the conference scheduled for tomorrow be adjourned for at least ~~three~~ weeks.
I am making this request as my father passed and due to the difficulty of resolving such matters at this particular time I am seeking time to perfect my Sentencing Submission.
It is with gratitude and appreciation I make this request at this time. Thank you Your Honor.

I remain,

Patrick J. Brackleys

thre

Granted. The sentence is adjourned to 6/10/20 at 11 am.

So Ordered.

5/13/20