LAW OFFICE OF PATRICK J. BRACKLEY

September 2, 2020
Vía ECF

**MEMO ENDORSED**

Judge Kenneth Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: USA vs Miguel Arsenio Plaza Suarez 7:19 Cr. 00772 (KMK)

Honorable Judge Karas:

This letter is in reference to the above captioned individual. I am requesting with the consent of the Government that the Sentence currently scheduled for September 10, 2020 be continued until such reasonable time as Mr Suarez and his family can appear in Court for the Sentence procedure. I am respectfully suggesting the first week of October.
Thank you in advance.
I remain,

I remain,

Patrick Jerome Brackley
Attorney at Law
233 Broadway Suite 2370
New York, New York 10279
Office: 212-334-3736
Cell: 917-523-7265
Fax: 646-861-6196

Sentence will be on 10/19/20 at 12:00 pm.

So Ordered.
KMK
9/22/20